UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: CLARK, JOHN K. § | Case No. 10-74795 |
| CLARK, NANCY C. § | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 04/04/2011 in Courtroom 115, United States Courthouse,
   211 South Court Street
   Room 115
   Rockford, IL  61101.
   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                      By:    /s/ STEPHEN G. BALSLEY
                                              Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CLARK, JOHN K. § Case No. 10-74795
      CLARK, NANCY C. §
  §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 30,000.14 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 30,000.14 |
| **Balance on hand:** | $ 30,000.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 30,000.14 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 3,750.00 | 0.00 | 3,750.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,801.00 | 0.00 | 2,801.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 6,551.00 |
| Remaining balance: | $ 23,449.14 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 23,449.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 23,449.14

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,297.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 46.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7,255.46 | 0.00 | 3,382.57 |
| 2 | Chase Bank USA, N.A. | 4,812.52 | 0.00 | 2,243.64 |
| 3 | Chase Bank USA, N.A. | 1,952.53 | 0.00 | 910.29 |
| 4 | US Bank N.A. | 608.63 | 0.00 | 283.75 |
| 5 | Capital Recovery IV LLC | 1,055.05 | 0.00 | 491.87 |
| 6 | Capital Recovery IV LLC | 7,312.65 | 0.00 | 3,409.23 |
| 7 | US Bank N.A. | 11,349.22 | 0.00 | 5,291.11 |
| 8 | GE Money Bank | 790.19 | 0.00 | 368.39 |
| 9 | FIA Card Services, NA/Bank of America | 15,161.19 | 0.00 | 7,068.29 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 23,449.14 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
John K. Clark  
Nancy C. Clark  
    Debtors

Case No. 10-74795-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: cbachman     Page 1 of 2     Date Rcvd: Mar 15, 2011  
                      Form ID: pdf006      Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2011.

```
db/jdb     +John K. Clark,    Nancy C. Clark,    5429 W. Westshore Drive,    McHenry, IL 60050-3345
aty        +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
16188496    Bank of America,    4060 Ogleton Stan,    Mail Code DES-019,    Newark, DE 19713
16188501    Chase,    c/o Financial Asset Mgmt. Sys.,    Post Office Box 451409,    Atlanta, GA 31145-9409
16188497   +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
16188500   +Chase,    c/o Valetine & Kebartas, Inc.,    Post Office Box 325,    Lawrence, MA 01842-0625
16188499   +Chase,    c/o Creditors Interchange,    80 Holz Drive,    Buffalo, NY 14225-1470
16188498   +Chase,    c/o Michael D. Fine, Attorney,    131 S. Dearborn Street, 5th Floor,
             Chicago, IL 60603-5571
16188502    Chase,    c/o Associated Recovery Sys.,    Post Office Box 469046,    Escondido, CA 92046-9046
16450743    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16188503   +Chase/Washington Mutual,    c/o Global Credit & Collection,    300 International Drive,
             Williamsville, NY 14221-5781
16188504   +Home Depot/Citibank,    Post Office Box 6497,    Sioux Falls, SD 57117-6497
16188505   +Home Depot/Citibank,    c/o LTD Financial Services,    7322 SW Freeway, #1600,
             Houston, TX 77074-2053
16188506   +McHenry County Federal Credit Union,    345 E. Congress Pkwy,    Crystal Lake, IL 60014-6259
16188507   +McHenry Radiology & Imaging,    Post Office Box 220,    McHenry, Il 60051-0220
16188509    Meijer/MCCGB,    c/o Genpact Services,    Post Office Box 960015,    Orlando, FL 32896-0015
16188510   +Menards/Household Bank,    Attn: Bankruptcy,    Post Office Box 15521,    Wilmington, DE 19850-5521
16188511   +Menards/Household Bank,    c/o Integrity Financial Partners,    4370 W. 109th Street, #100,
             Overland Park, KS 66211-1316
16188512   +Northern IL Medical Center,    Post Office Box 1447,    Woodstock, Il 60098-1447
16188513    Quest Diagnostics,    Post Office Box 64500,    Baltimore, MD 21264-4500
16188514   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    Post Office Box 790408,    Saint Louis, MO 63179-0408)
16569475   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
             Cincinnati, OH 45201)
16698434   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
16188515   +US Bank,    c/o Messerli & Kramer,    3033 Campus Drive, #250,    Minneapolis, MN 55441-2662
16188517   +Wonder Lake State Bank,    c/o Franks, Gerkin & McKenna,    Post Office Box 5,
             Marengo, IL 60152-0005
16188516   +Wonder Lake State Bank,    7602 Hancock Drive,    Wonder Lake, Il 60097-9302
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16650132     E-mail/PDF: rmscedi@recoverycorp.com Mar 16 2011 00:16:17     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16762884     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2011 00:21:41
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
16751668     E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2011 00:15:59     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16188508     E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2011 00:15:59     Meijer/MCCGB,
             Attention: Bankruptcy,    Post Office Box 103014,    Orlando, FL 30076
                                                                                              TOTAL: 4
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3           User: cbachman            Page 2 of 2              Date Rcvd: Mar 15, 2011
                               Form ID: pdf006           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2011**                    **Signature:**   *Joseph Speetjens*