# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: CLARK, JOHN K. § Case No. 10-74795
      CLARK, NANCY C. §
       §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $126,437.00  *(without deducting any secured claims)* | Assets Exempt: $88,244.00 |
| Total Distribution to Claimants: $23,449.41 | Claims Discharged Without Payment: $75,404.65 |
| Total Expenses of Administration: $6,551.00 | |

    3) Total gross receipts of $ 30,000.41 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $30,000.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,551.00 | 6,551.00 | 6,551.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 98,449.60 | 50,297.44 | 50,297.44 | 23,449.41 |
| **TOTAL DISBURSEMENTS** | $98,449.60 | $56,848.44 | $56,848.44 | $30,000.41 |

  4) This case was originally filed under Chapter 7 on September 27, 2010. The case was pending for 10 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/18/2011  By: /s/STEPHEN G. BALSLEY
          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 304 Birch Street, Bergland, | 1110-000 | 30,000.00 |
| Interest Income | 1270-000 | 0.41 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.41** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 3,750.00 | 3,750.00 | 3,750.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,801.00 | 2,801.00 | 2,801.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 6,551.00 | 6,551.00 | 6,551.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 7,482.00 | 7,255.46 | 7,255.46 | 3,382.60 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 4,813.00 | 4,812.52 | 4,812.52 | 2,243.67 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 1,916.00 | 1,952.53 | 1,952.53 | 910.30 |
| 4 | US Bank N.A. | 7100-000 | 499.00 | 608.63 | 608.63 | 283.75 |
| 5 | Capital Recovery IV LLC | 7100-000 | 969.00 | 1,055.05 | 1,055.05 | 491.88 |
| 6 | Capital Recovery IV LLC | 7100-000 | 7,312.00 | 7,312.65 | 7,312.65 | 3,409.27 |
| 7 | US Bank N.A. | 7100-000 | 10,969.00 | 11,349.22 | 11,349.22 | 5,291.17 |
| 8 | GE Money Bank | 7100-000 | 770.98 | 790.19 | 790.19 | 368.40 |
| 9 | FIA Card Services, NA/Bank of America | 7100-000 | 15,162.00 | 15,161.19 | 15,161.19 | 7,068.37 |
| NOTFILED | Home Depot/Citibank c/o LTD Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Federal Credit Union | 7100-000 | 6,078.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Radiology & Imaging | 7100-000 | 109.08 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot/Citibank | 7100-000 | 30,036.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards/Household Bank c/o Integrity Financial Partners | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Meijer/MCCGB c/o Genpact Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wonder Lake State Bank | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Wonder Lake State Bank c/o Franks, Gerkin & McKenna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank c/o Messerli & Kramer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase/Washington Mutual c/o Global Credit & Collection | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern IL Medical Center | 7100-000 | 7,333.54 | N/A | N/A | 0.00 |
| NOTFILED | Chase c/o Valetine & Kebartas, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase c/o Associated Recovery Sys. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase c/o Creditors Interchange | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase c/o Michael D. Fine, Attorney | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase c/o Financial Asset Mgmt. Sys. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 98,449.60 | 50,297.44 | 50,297.44 | 23,449.41 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74795  
**Case Name:** CLARK, JOHN K.  
CLARK, NANCY C.  
**Period Ending:** 07/18/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/27/10 (f)  
**§341(a) Meeting Date:** 11/04/10  
**Claims Bar Date:** 02/08/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 304 Birch Street, Bergland, | 12,000.00 | 30,000.00 | DA | 30,000.00 | FA |
| 2 | Business checking account-Wonder Lake State Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account-Wonder Lake State Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account-McHenry County Federal Credit Un | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous household goods & furnishings-debt | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Necessay wearing apparel-debtors' possession | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous jewelry-debtors' possession | 400.00 | 0.00 | DA | 0.00 | FA |
| 9 | Miscellaneous sports equipment-debtors' possessi | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401(k) | 33,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | IRA | 32,649.00 | 0.00 | DA | 0.00 | FA |
| 12 | IRA | 9,395.00 | 0.00 | DA | 0.00 | FA |
| 13 | 100% interest in Clark's Serenity Express, Ltd. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Escrow account from real estate contract held by | 24,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2002 Chrysler 300M-debtors' possession | 4,200.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1999 Dodge Durango-debtors' possession | 3,318.00 | 0.00 | DA | 0.00 | FA |
| 17 | 2006 Bombardier ATV-debtor's possession | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1974 Argosy travel trailer-debtors' possession | 50.00 | 0.00 | DA | 0.00 | FA |
| 19 | 1987 Suzuki motorcycle-debtors' possession | 50.00 | 0.00 | DA | 0.00 | FA |
| 20 | 1996 Polaris Waverunner; poor condition-debtors' | 200.00 | 0.00 | DA | 0.00 | FA |
| 21 | 1997 Dodge Ram-debtors' possession | 3,200.00 | 0.00 | DA | 0.00 | FA |
| 22 | Laptop-debtors' possession | 25.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.41 | FA |
| 23 | Assets   Totals (Excluding unknown values) | $126,437.00 | $30,000.00 | | $30,000.41 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 07/18/2011 02:03 PM     V.12.57

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74795  
**Case Name:** CLARK, JOHN K.  
CLARK, NANCY C.  
**Period Ending:** 07/18/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/27/10 (f)  
**§341(a) Meeting Date:** 11/04/10  
**Claims Bar Date:** 02/08/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   March 1, 2011     **Current Projected Date Of Final Report (TFR):**   February 10, 2011  (Actual)

Printed: 07/18/2011 02:03 PM   V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-74795 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | CLARK, JOHN K. | | Bank Name: | The Bank of New York Mellon |
| | CLARK, NANCY C. | | Account: | 9200-******33-65 - Money Market Account |
| Taxpayer ID #: | **-***4875 | | Blanket Bond: | $373,000.00   (per case limit) |
| Period Ending: | 07/18/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/10/11 | {1} | John K. Clark | Bankruptcy Estate's interest in real estate | 1110-000 | 30,000.00 | | 30,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 30,000.14 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.25 | | 30,000.39 |
| 04/04/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 30,000.41 |
| 04/04/11 | | To Account #9200******3366 | Transfer funds from MMA to Checking Account | 9999-000 | | 30,000.41 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **30,000.41** | **30,000.41** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 30,000.41 | |
| | | | **Subtotal** | | **30,000.41** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,000.41** | **$0.00** | |

{} Asset reference(s)                                                                                      Printed: 07/18/2011 02:03 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-74795 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | CLARK, JOHN K. | | Bank Name: | The Bank of New York Mellon |
| | CLARK, NANCY C. | | Account: | 9200-******33-66 - Checking Account |
| Taxpayer ID #: | **-***4875 | | Blanket Bond: | $373,000.00   (per case limit) |
| Period Ending: | 07/18/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/04/11 | | From Account #9200******3365 | Transfer funds from MMA to Checking Account | 9999-000 | 30,000.41 | | 30,000.41 |
| 04/04/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,801.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,801.00 | 27,199.41 |
| 04/04/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $3,750.00, Trustee Compensation;  Reference: | 2100-000 | | 3,750.00 | 23,449.41 |
| 04/04/11 | 103 | Chase Bank USA, N.A. | Dividend paid  46.62% on $7,255.46; Claim# 1; Filed: $7,255.46; Reference: | 7100-000 | | 3,382.60 | 20,066.81 |
| 04/04/11 | 104 | Chase Bank USA, N.A. | Dividend paid  46.62% on $4,812.52; Claim# 2; Filed: $4,812.52; Reference: | 7100-000 | | 2,243.67 | 17,823.14 |
| 04/04/11 | 105 | Chase Bank USA, N.A. | Dividend paid  46.62% on $1,952.53; Claim# 3; Filed: $1,952.53; Reference: | 7100-000 | | 910.30 | 16,912.84 |
| 04/04/11 | 106 | US Bank N.A. | Dividend paid  46.62% on $608.63; Claim# 4; Filed: $608.63; Reference: | 7100-000 | | 283.75 | 16,629.09 |
| 04/04/11 | 107 | Capital Recovery IV LLC | Dividend paid  46.62% on $1,055.05; Claim# 5; Filed: $1,055.05; Reference: | 7100-000 | | 491.88 | 16,137.21 |
| 04/04/11 | 108 | Capital Recovery IV LLC | Dividend paid  46.62% on $7,312.65; Claim# 6; Filed: $7,312.65; Reference: | 7100-000 | | 3,409.27 | 12,727.94 |
| 04/04/11 | 109 | US Bank N.A. | Dividend paid  46.62% on $11,349.22; Claim# 7; Filed: $11,349.22; Reference: | 7100-000 | | 5,291.17 | 7,436.77 |
| 04/04/11 | 110 | GE Money Bank | Dividend paid  46.62% on $790.19; Claim# 8; Filed: $790.19; Reference: | 7100-000 | | 368.40 | 7,068.37 |
| 04/04/11 | 111 | FIA Card Services, NA/Bank of America | Dividend paid  46.62% on $15,161.19; Claim# 9; Filed: $15,161.19; Reference: | 7100-000 | | 7,068.37 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 30,000.41 | 30,000.41 | $0.00 |
| Less: Bank Transfers | 30,000.41 | 0.00 | |
| **Subtotal** | 0.00 | 30,000.41 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $30,000.41 | |

{} Asset reference(s)   Printed: 07/18/2011 02:03 PM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-74795 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | CLARK, JOHN K. | | Bank Name: | The Bank of New York Mellon |
| | CLARK, NANCY C. | | Account: | 9200-******33-66 - Checking Account |
| Taxpayer ID #: | **-***4875 | | Blanket Bond: | $373,000.00 (per case limit) |
| Period Ending: | 07/18/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | MMA # 9200-******33-65 | 30,000.41 | 0.00 | 0.00 |
| | Checking # 9200-******33-66 | 0.00 | 30,000.41 | 0.00 |
| | | $30,000.41 | $30,000.41 | $0.00 |

{} Asset reference(s)

Printed: 07/18/2011 02:03 PM  V.12.57